UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 18-08173-AB (MRWx) | Date: | November 30, 2018 |
|---|---|---|---|

| Title: | Jill Ashley Fisher v. HNTB Corporation et al |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Cheryl Kenner | Laura M Booth |

**Proceedings:** PLAINTIFF JILL ASHLEY FISHER'S MOTION FOR AN ORDER TO REMAND TO STATE COURT [16]

    The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

    The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.